**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KENDRICK HARRIS, on his own behalf**
**and others similarly situated,**

          **Plaintiff,**

**-vs-**                                **Case No.  6:13-cv-1625-Orl-28GJK**

**INNOVATIVE RECON SOLUTIONS, INC.,**

          **Defendant.**
_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 19) filed January 14, 2014.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the parties' notice of no objection to the Report and Recommendation (Doc. 21), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 16, 2014 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 19) is **GRANTED** to the extent that the Court finds that the parties' settlement is fair and reasonable.

3. This case is dismissed with prejudice.

4. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 17th day of January, 2014.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record